THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT I. REED, Appellant, v JEFFREY TEDFORD, as Superintendent of Adirondack Correctional Facility, Respondent.

Submitted November 12, 2013; decided December 10, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

QUADRANT STRUCTURED PRODUCTS CO., LTD., Individually and Derivatively on Behalf of ATHILON CAPITAL CORP., Plaintiff Below, Appellant, v VINCENT VERTIN et al., Respondents.

Decided December 10, 2013

Certification of questions by the Supreme Court of the State of Delaware, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

In the Matter of TYRONE D., Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted December 2, 2013; decided December 10, 2013

Motion for poor person relief granted.